# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

## SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

## Plaintiffs

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

## Defendants

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| Defendant 1 | 3M COMPANY (A/K/A MINNESOTA MINING AND MANUFACTURING COMPANY); |
|---|---|
| Defendant 2 | AGC CHEMICALS AMERICAS, INC.; |
| Defendant 3 | ALLSTAR FIRE EQUIPMENT; |
| Defendant 4 | AMEREX CORPORATION; |
| Defendant 5 | ARCHROMA U.S. INC.; |
| Defendant 6 | ARKEMA, INC.; |
| Defendant 7 | BASF CORPORATION; |
| Defendant 8 | BUCKEYE FIRE EQUIPMENT COMPANY; |
| Defendant 9 | CARRIER GLOBAL CORPORATION; |
| Defendant 10 | CB GARMENT, INC. (D/B/A CREWBOSS); |
| Defendant 11 | CHEMDESIGN PRODUCTS, INC.; |
| Defendant 12 | CHEMGUARD, INC.; |
| Defendant 13 | CHEMICALS, INC.; |
| Defendant 14 | CLARIANT CORPORATION; |
| Defendant 15 | CORTEVA, INC. (F/K/A DOWDUPONT INC.); |
| Defendant 16 | DAIKIN AMERICA, INC.; |
| Defendant 17 | DEEPWATER CHEMICALS, INC.; |
| Defendant 18 | DUPONT DE NEMOURS, INC (F/K/A DOWDUPONT INC.); |
| Defendant 19 | DYNAX CORPORATION; |
| Defendant 20 | EIDP, INC. (A/K/A E. I. DU PONT DE NEMOURS AND COMPANY); |
| Defendant 21 | FIRE SERVICE PLUS, INC.; |
| Defendant 22 | FIRE-DEX, INC; |
| Defendant 23 | FIRE-DEX, LLC; |
| Defendant 24 | GLOBE HOLDING COMPANY, LLC; |
| Defendant 25 | GLOBE MANUFACTURING COMPANY LLC; |
| Defendant 26 | HONEYWELL INTERNATIONAL, INC.; |

| | |
|---|---|
| Defendant 27 | HONEYWELL SAFETY PRODUCTS USA, INC.; |
| Defendant 28 | INNOTEX CORP.; |
| Defendant 29 | JOHNSON CONTROLS, INC.; |
| Defendant 30 | KIDDE P.L.C., INC.; |
| Defendant 31 | L.N. CURTIS & SONS; |
| Defendant 32 | LAKELAND INDUSTRIES, INC.; |
| Defendant 33 | LION APPAREL, INC; |
| Defendant 34 | LION GROUP, INC.; |
| Defendant 35 | MALLORY SAFETY AND SUPPLY LLC; |
| Defendant 36 | MILLIKEN & COMPANY; |
| Defendant 37 | MINE SAFETY APPLIANCE COMPANY LLC; |
| Defendant 38 | MSA SAFETY INCORPORATED; |
| Defendant 39 | MUNICIPAL EMERGENCY SERVICES, INC.; |
| Defendant 40 | NARCOTE HOLDING CORP. (D/B/A STEDFAST, INC. and/or STEDFAST USA, INC.); |
| Defendant 41 | NARCOTE, LLC (D/B/A STEDFAST, INC. and/or STEDFAST USA, INC.); |
| Defendant 42 | NATION FORD CHEMICAL COMPANY; |
| Defendant 43 | NATIONAL FOAM, INC.; |
| Defendant 44 | PBI PERFORMANCE PRODUCTS, INC.; |
| Defendant 45 | PERIMETER SOLUTIONS, LP; |
| Defendant 46 | RICOCHET MANUFACTURING CO., INC.; |
| Defendant 47 | SAFETY COMPONENTS FABRIC TECHNOLOGIES, INC. D/B/A SAFETY COMPONENTS, INC.; |
| Defendant 48 | SOUTHERN MILLS, INC. D/B/A TENCATE PROTECTIVE FABRICS USA; |
| Defendant 49 | STEDFAST USA INC.; |
| Defendant 50 | THE CHEMOURS COMPANY; |
| Defendant 51 | THE CHEMOURS COMPANY FC, LLC; |
| Defendant 52 | TYCO FIRE PRODUCTS, LP as successor-in-interest to THE ANSUL COMPANY; |
| Defendant 53 | UNITED TECHNOLOGIES CORPORATION; |
| Defendant 54 | UTC FIRE & SECURITY AMERICAS CORPORATION, INC. (F/K/A GE INTERLOGIX, INC.); |
| Defendant 55 | VERIDIAN LIMITED D/B/A VERIDIAN FIRE PROTECTIVE GEAR; |
| Defendant 56 | W. L. GORE & ASSOCIATES, INC.; and |
| Defendant 57 | WITMER PUBLIC SAFETY GROUP, INC. (D/B/A THE FIRE STORE); |

## Jurisdiction and Venue

4. Plaintiff alleges jurisdiction based on:

    ☒    Diversity

    ☐    Federal Question

☐ The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

☐ Other: _____.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

## Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

    - Direct exposure to AFFF (i.e. use or handling of AFFF); and/or
    - Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or
    - Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

## Plaintiff's Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

    Kidney Cancer
    Testicular Cancer
    Thyroid Disease
    Ulcerative Colitis
    Liver Cancer
    Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

## Causes of Action

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

    Count I – Defective Design
    Count II – Failure to Warn
    Count III – Negligence
    Count IV – Negligence Per Se
    Count V – Trespass and Battery
    Count VI – Strict Product Liability
    Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
    Count VIII – Concealment, Misrepresentation, and Fraud
    Count IX – Conspiracy
    Count X – Wrongful Death
    Count XI – Loss of Consortium

    Other Causes of Action:
    Count XII – _____
    Count XIII – _____
    Count XIV – _____
    Count XV – _____
    Count XVI – _____
    Count XVII – _____
    Count XVIII – _____
    Count XIX – _____
    Count XX – _____
    Others

_____
_____
_____

## Jury Demand

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date: September 3, 2025

                                      Respectfully Submitted,

By: */s/ T. David Hoyle*

| | |
|---|---|
| **SIMMONS HANLY CONROY LLC** | **MOTLEY RICE LLC** |
| Jayne Conroy | T. David Hoyle |
| Simmons Hanly Conroy LLC | South Carolina Bar No. 74055, Fed. ID. 9923 |
| 112 Madison Ave., 7th Floor | Anne McGinness Kearse |
| New York, NY 10016 | South Carolina Bar No. 15642, Fed. ID. 7570 |
| (212) 784-6402 | 28 Bridgeside Boulevard |
| jconroy@simmonsfirm.com | Mount Pleasant, SC 29464 |
| | (843) 216-9000 |
| Daniel P. Blouin | dhoyle@motleyrice.com |
| Simmons Hanly Conroy LLC | akearse@motleyrice.com |
| 112 Madison Ave., 7th Floor | |
| New York, NY 10016 | **SULLIVAN PAPAIN BLOCK MCGRATH** |
| (212) 257-8482 | **COFFINAS AND CANNAVO P.C.** |
| dblouin@simmonsfirm.com | Thomas J. McManus |
| | Nicholas Papain |
| | Craig Silverman |
| | 120 Broadway, 27th Floor |
| | New York, NY 10271 |
| | (212) 266-4125 |
| | Tmcmanus@triallaw1.com |
| | npapain@triallaw1.com |
| | CSilverman@triallaw1.com |

                                      *Attorneys for Plaintiff*

**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873[1]**

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Baumuller, Linda Thomas o/b/o Glenn Edward Baumuller | 8/18/1965 | South Carolina | District of South Carolina | Yes | Yes | Yes | Kidney (renal) Cancer, Liver Cancer | I, II, III, IV, VI, VII, VIII, IX, X |
| 2. | Amaturo, Michael | 5/15/1962 | New York | Southern District of New York | Yes | Yes | Yes | Ulcerative Colitis | I, II, III, IV, VI, VII, VIII, IX |
| 3. | Ambrose, Joseph | 4/22/1981 | Pennsylvania | Western District of Pennsylvania | Yes | Yes | Yes | Thyroid cancer | I, II, III, IV, VI, VII, VIII, IX |
| 4. | Angeli, Henry | 4/24/1954 | California | Northern District of California | Yes | Yes | Yes | Thyroid Disease | I, II, III, IV, VI, VII, VIII, IX |
| 5. | Avitabile, Alfred | 12/23/1963 | New York | Eastern District of New York | Yes | Yes | Yes | Thyroid Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 6. | Beckles, Vincent | 12/9/1943 | Florida | Middle District of Florida | Yes | Yes | Yes | Thyroid Disease | I, II, III, IV, VI, VII, VIII, IX |
| 7. | Boya, Manuel | 10/7/1982 | New York | Southern District of New York | Yes | Yes | Yes | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 8. | Bull, Charles J. | 8/19/1956 | Florida | District of Massachusetts | Yes | Yes | Yes | Thyroid Disease | I, II, III, IV, VI, VII, VIII, IX |
| 9. | Cirillo, Tyler | 2/5/1983 | Virginia | Eastern District of Virginia | Yes | Yes | Yes | Thyroid Cancer; Thyroid Disease | I, II, III, IV, VI, VII, VIII, IX |
| 10. | Clemente, Casey | 7/4/1973 | New York | Southern District of New York | Yes | Yes | Yes | Thyroid Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 11. | Cusano, Joseph | 7/21/1986 | New York | Northern District of New York | Yes | Yes | Yes | Testicular cancer | I, II, III, IV, VI, VII, VIII, IX |
| 12. | Davis, Bradley | 8/30/1973 | Arizona | District of Arizona | Yes | Yes | Yes | Thyroid Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 13. | DeCuffa, Rodney, Jr. | 1/25/1970 | New York | Southern District of New York | Yes | Yes | Yes | Thyroid Disease | I, II, III, IV, VI, VII, VIII, IX |

---

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.

[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 14. | Font, Louis | 10/28/1983 | New York | Eastern District of New York | Yes | Yes | Yes | Thyroid Disease | I, II, III, IV, VI, VII, VIII, IX |
| 15. | Francis, Flood | 9/8/1943 | Massachusetts | District of Massachusetts | Yes | Yes | Yes | Kidney (renal) cancer | I, II, III, IV, VI, VII, VIII, IX |
| 16. | Gavan, Brian | 5/5/1973 | South Carolina | District of South Carolina | Yes | Yes | Yes | Thyroid Disease | I, II, III, IV, VI, VII, VIII, IX |
| 17. | Gembecki, Brandon | 1/14/1987 | New York | Southern District of New York | Yes | Yes | Yes | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 18. | Gormley, Edward | Sullivan | Virginia | Eastern District of New York | Yes | Yes | Yes | Thyroid Disease | I, II, III, IV, VI, VII, VIII, IX |
| 19. | Hennessey, Michael | 11/20/1953 | New York | Eastern District of New York | Yes | Yes | Yes | Ulcerative Colitis | I, II, III, IV, VI, VII, VIII, IX |
| 20. | Hertzog, William John | 7/2/1966 | Connecticut | District of Connecticut | Yes | Yes | Yes | Thyroid Disease | I, II, III, IV, VI, VII, VIII, IX |
| 21. | Hinson, David | 2/3/1972 | Colorado | District of Colorado | Yes | Yes | Yes | Thyroid Disease | I, II, III, IV, VI, VII, VIII, IX |
| 22. | Iglesias, Steven | 1/19/1972 | New York | Southern District of New York | Yes | Yes | Yes | Ulcerative Colitis | I, II, III, IV, VI, VII, VIII, IX |
| 23. | Jones, Chris | 7/6/1988 | Washington | Eastern District of Washington | Yes | Yes | Yes | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 24. | Kelly, James | 2/8/1967 | New York | Eastern District of New York | Yes | Yes | Yes | Kidney (renal) Cancer, Ulcerative Colitis | I, II, III, IV, VI, VII, VIII, IX |
| 25. | Kentner, Michael | 7/26/1962 | Ohio | Southern District of Ohio | Yes | Yes | Yes | Testicular cancer | I, II, III, IV, VI, VII, VIII, IX |
| 26. | Lawless, Gregg | 4/25/1971 | New York | Southern District of New York | Yes | Yes | Yes | Thyroid Disease | I, II, III, IV, VI, VII, VIII, IX |
| 27. | Leuthner, Kurt | 1/7/1947 | New York | Eastern District of New York | Yes | Yes | Yes | Liver cancer | I, II, III, IV, VI, VII, VIII, IX |
| 28. | Lynch, Thomas | 6/7/1952 | New York | Southern District of New York | Yes | Yes | Yes | Ulcerative Colitis | I, II, III, IV, VI, VII, VIII, IX |
| 29. | Madden, Robert | 6/18/1975 | Tennessee | Eastern District of New York | Yes | Yes | Yes | Thyroid Disease | I, II, III, IV, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 30. | McAllister, Raymond | 9/2/1960 | Utah | United States District Court for the District of Utah | Yes | Yes | Yes | Thyroid Disease | I, II, III, IV, VI, VII, VIII, IX |
| 31. | McDonald, Brian | 8/15/1948 | New York | Southern District of New York | Yes | Yes | Yes | Thyroid Disease | I, II, III, IV, VI, VII, VIII, IX |
| 32. | Militello, Mark | 8/31/1985 | New York | Western District of New York | Yes | Yes | Yes | Kidney (renal) Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 33. | Mite, Thomas | 12/7/1962 | Illinois | Northern District of Illinois | Yes | Yes | Yes | Testicular cancer | I, II, III, IV, VI, VII, VIII, IX |
| 34. | Moller, Erik | 3/10/1971 | New York | Eastern District of New York | Yes | Yes | Yes | Thyroid Disease | I, II, III, IV, VI, VII, VIII, IX |
| 35. | Moran, William | 2/23/1967 | New York | Northern District of New York | Yes | Yes | Yes | Thyroid Disease, Ulcerative Colitis | I, II, III, IV, VI, VII, VIII, IX |
| 36. | Nicola, Stephen | 7/22/1991 | New York | Eastern District of New York | Yes | Yes | Yes | Testicular cancer | I, II, III, IV, VI, VII, VIII, IX |
| 37. | Northrop, Camrin | 4/24/1994 | South Carolina | District of South Carolina | Yes | Yes | Yes | Ulcerative Colitis | I, II, III, IV, VI, VII, VIII, IX |
| 38. | O'Neill, Robert | 7/11/1965 | New York | Eastern District of New York | Yes | Yes | Yes | Thyroid Disease | I, II, III, IV, VI, VII, VIII, IX |
| 39. | O'Reilly, Thomas | 10/23/1982 | New York | Eastern District of New York | Yes | Yes | Yes | Ulcerative Colitis | I, II, III, IV, VI, VII, VIII, IX |
| 40. | Reyes, Tammi | 9/17/1964 | Florida | Middle District of Florida | Yes | Yes | Yes | Thyroid Disease | I, II, III, IV, VI, VII, VIII, IX |
| 41. | Roach, Robert | 2/19/1973 | New York | Eastern District of New York | Yes | Yes | Yes | Thyroid Disease | I, II, III, IV, VI, VII, VIII, IX |
| 42. | Ruvolo, Vito | 9/14/1965 | New York | Eastern District of New York | Yes | Yes | Yes | Thyroid Disease | I, II, III, IV, VI, VII, VIII, IX |
| 43. | Sanderson, William | 8/7/1982 | Virginia | Western District of Virginia | Yes | Yes | Yes | Kidney (renal) cancer | I, II, III, IV, VI, VII, VIII, IX |
| 44. | Sanford, Scot | 2/10/1965 | Connecticut | District of Connecticut | Yes | Yes | Yes | Thyroid Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 45. | Savard, Scott | 4/15/1970 | New Hampshire | District of New Hampshire | Yes | Yes | Yes | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 46. | Sease, Kevin | 9/27/1963 | Nevada | District of Nevada | Yes | Yes | Yes | Kidney (renal) cancer | I, II, III, IV, VI, VII, VIII, IX |
| 47. | Sicuranzo, Michael | 12/27/1988 | New York | Southern District of New York | Yes | Yes | Yes | Thyroid Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 48. | Silva, Mitchell | 4/15/1983 | Florida | DC in FL or Tennessee? | Yes | Yes | Yes | Kidney (renal) Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 49. | Tetreault, Robert | 5/29/1970 | New Hampshire | District of New Hampshire | Yes | Yes | Yes | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 50. | Tustison, Matthew | 6/19/1979 | Missouri | Western District of Missouri | Yes | Yes | Yes | Thyroid Cancer, Thyroid Disease | I, II, III, IV, VI, VII, VIII, IX |
| 51. | Walsh, Brian | 3/22/1973 | New York | Eastern District of New York | Yes | Yes | Yes | Kidney (renal) Cancer | I, II, III, IV, VI, VII, VIII, IX |